OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED
FIRST-CLASS

ZIP 78701
02 1W
0001401623 SEP 18 2015

$ 000.27⁵

U.S. POSTAGE >> PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

WR-83,867-01

9/8/2015
HARPER, ALAN JULIAN AKA AILAN FRANGIS SMITH
Tr. Ct. No. 1070541-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

ALAN JULIAN HARPER
POLUNSKY UNIT - TDC # 1437056
3872 FM 350 S.
LIVINGSTON, TX 77351